UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSH HOOPER,**

   **Plaintiff,**

**v.**               Case No: 6:16-cv-1978-Orl-41PDB

**COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks review from a final decision of the Commissioner of Social Security denying his claim for disability benefits. United States Magistrate Judge Patricia D. Barksdale submitted a Report and Recommendation (Doc. 21), recommending that the final decision be reversed and remanded for further proceedings and that judgment be entered in Plaintiff's favor pursuant to sentence four of 42 U.S.C. § 405(g).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner for further proceedings. Specifically, the Commissioner is directed

to reevaluate Plaintiff's mental impairments and take any further action that the Commissioner deems necessary.

3. Pursuant to sentence four of 42 U.S.C. § 405(g), the Clerk is directed to enter judgment in favor of Plaintiff. Thereafter, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 7, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record